# Judge Hellerstein

James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*FR8 Singapore Pte Limited*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FR8 SINGAPORE PTE LIMITED,<br><br>            Plaintiff,<br><br>-against-<br><br>RITONA OIL LTD. and LBK SHIPPING LTD.,<br><br>            Defendants. | 08 Civ.      ( )<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES <u>OF CIVIL PROCEDURE</u>** |

    I, James H. Hohenstein, attorney for Plaintiff FR8 Singapore Pte Limited, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    FR8 Singapore Pte Limited's parent corporation is FR8 Holdings Pte Ltd. No publicly held corporation owns 10% or more of FR8 Singapore Pte Limited's stock.

Dated: New York, New York
May 21, 2008

                                           HOLLAND & KNIGHT LLP

By: _____
      James H. Hohenstein
      Lissa D. Schaupp
      HOLLAND & KNIGHT LLP
      195 Broadway
      New York, NY  10007-3189
      (212) 513-3200
      Telefax:  (212) 385-9010
      E-mail:  jim.hohenstein@hklaw.com
               lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*FR8 Singapore Pte Limited*

# 5350679_v1