# Judge Hellerstein

James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
          lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*FR8 Singapore Pte Limited*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05·22·08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FR8 SINGAPORE PTE LIMITED,<br><br>                    Plaintiff,<br><br>           -against-<br><br>RITONA OIL LTD. and LBK SHIPPING LTD.,<br><br>                    Defendants. | 08 Civ. 4754 (AKH)<br><br>**ORDER APPOINTING PERSONS TO <u>SERVE PROCESS</u>** |

**UPON** application of Plaintiff FR8 Singapore Pte Limited for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a

party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint and Affidavit in Support on the garnishees herein.

Dated:   New York, New York
         May 22, 2008

                                          SO ORDERED

                                          _____
                                                    U.S.D.J.

# 5350848_v1

2