# Judge Hellerstein

James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*FR8 Singapore Pte Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FR8 SINGAPORE PTE LIMITED,

        Plaintiff,

-against-

RITONA OIL LTD. and LBK SHIPPING LTD.,

        Defendants.

---

08 Civ.   (   )

**AFFIDAVIT IN SUPPORT
OF ORDER OF ATTACHMENT**

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK  )

    James H. Hohenstein, being duly sworn, deposes and says:

    1.    I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff FR8 Singapore Pte Limited, and I am duly admitted to practice before the United States District Court for the Southern District of New York.

2. I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3. Defendants Ritona Oil Ltd. and LBK Shipping Ltd. ("Defendants") are not listed in the telephone directory of the principal metropolitan areas in this district, nor are they listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4. Our office contacted the Secretary of State for the State of New York and was advised that the Defendants are not New York business entities, nor are they foreign business entities authorized to do business in New York.

5. To the best of my information and belief, Defendants cannot be found within this district or within the State of New York.

6. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendants are liable to Plaintiff for the damages alleged in the Verified Complaint, which amounts, as best as can be presently determined, amount to a total of $1,187,856.29.

7. Upon information and belief, Defendants have property, goods, chattels or effects within this jurisdiction, to wit: funds or accounts held in the name(s) of Ritona Oil Ltd. and/or LBK Shipping Ltd. at one or more of the following financial institutions:

ABN Amro Bank

American Express Bank

Banco Popular

Bank of America, N.A.

Bank of China

Bank Leumi USA

The Bank of New York

Bank of Tokyo-Mitsubishi UFJ Ltd.

BNP Paribas

Calyon Investment Bank

Citibank, N.A.

Commerzbank

Deutsche Bank Trust Company Americas

HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

Standard Chartered Bank

Société Générale

UBS AG

Wachovia Bank, N.A.

8.  Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to $1,187,856.29.

WHEREFORE, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

_____
James H. Hohenstein

Sworn to before me this
21st day of May, 2008

_____
Notary Public

DIALYZ E. MORALES
Notary Public, State of New York
NO. 01MO6059215
Qualified in New York County
Commission Expires June 25, 20 11

# 5350712_v1