UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



FR8 SINGAPORE PTE LIMITED,

    Plaintiff,

-against-

RITONA OIL LTD. and LBK SHIPPING LTD.,

    Defendants.

08 Civ. 4754 (AKH)

CONSENT ORDER DIRECTING
THE FLOW-THROUGH OF
ATTACHED FUNDS
SUBJECT TO
RULE B(1) ATTACHMENT

    **WHEREAS** on or about May 21, 2008, FR8 Singapore Pte Limited ("FR8") instituted this action against Ritona Oil Ltd. and LBK Shipping Ltd. (collectively, "Defendants"), pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Forfeiture Actions of the Federal Rules of Civil Procedure; and,

    **WHEREAS**, FR8 has served Process of Maritime Attachment and Garnishment (the "PMAG") on various garnishees including ABN Amro Bank ("ABN Amro"), American Express Bank ("American Express"), Deutsche Bank Trust Company Americas ("Deutsche Bank"), HSBC Bank USA, N.A. ("HSBC"), and JPMorgan Chase Bank, N.A. ("JPMorgan") (collectively, "Attaching Garnishees"); and,

    **WHEREAS**, pursuant to service of the PMAG upon them, ABN Amro has reported that it is holding certain funds in the form of an Electronic Funds Transfer belonging to Defendant LBK Shipping Ltd. in the amount of $467,500.00, and American Express has reported that it is

holding certain funds in the form of an Electronic Funds Transfer belonging to Defendant LBK Shipping Ltd. in the amount of $7,071.88, and Deutsche Bank has reported that it is holding certain funds in the form of two Electronic Funds Transfers belonging to Defendant LBK Shipping Ltd. both in the amount of $150,000 for a total of $300,000, and HSBC has reported that it is holding certain funds in the form of an Electronic Fund Transfer belonging to Defendant LBK Shipping Ltd. in the amount of $246,875.00, and JP Morgan has reported that it is holding certain funds in the form of two Electronic Funds Transfers belonging to Defendant LBK Shipping Ltd. in the amounts of $6,000.00 and $1,071.88, thus totaling the collective sum of $1,028,518.76 (the "Attached Funds"); and,

**WHEREAS**, the Defendants have settled the dispute set forth in the Verified Complaint with FR8; and,

**WHEREAS**, Defendants have not answered or otherwise appeared in the this action; and

**WHEREAS**, the Attached Funds in the possession of the Attaching Garnishees should be disbursed in accordance with the original electronic funds transfer payment order instructions by means of a consent order directing this disbursement.

**NOW, THEREFORE**, it is hereby Ordered that:

1. The Attaching Garnishees are to disburse the Attached Funds in their possession in accordance with the original electronic funds transfer payment order instructions provided to the Attaching Garnishees.

2. FR8 is to submit a voluntary dismissal without prejudice upon the Attaching Garnishees' release of the Attached Funds.

Dated: New York, New York
May 30, 2008

HOLLAND & KNIGHT LLP

By: *(signature)*

James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*FR8 Singapore Pte Limited*

SO ORDERED: 5/30/08
*(signature)*
U.S.D.J.                    Date

# 5371143_v1