James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*FR8 Singapore Pte Limited*





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FR8 SINGAPORE PTE LIMITED,<br><br>    Plaintiff,<br><br>-against-<br><br>RITONA OIL LTD. and LBK SHIPPING LTD.,<br><br>    Defendants. | 08 Civ. 4754 (AKH)<br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, no defendant having appeared or answered, Plaintiff FR8 Singapore Pte Limited, by and through its attorneys of record, dismisses this action without prejudice.

Jul-23-08  05:20pm  From-HOLLAND AND KNIGHT  Case 1:08-cv-04754-AKH   Document 8   Filed 07/25/2008   Page 1 of 2   T-553  P.002/003  F-261

Dated: New York, New York
June 6, 2008

HOLLAND & KNIGHT LLP

By: /s/ J. H. H.

James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*FR8 Singapore Pte Limited*

So ordered:

_____ 7-24-08
U.S.D.J.                    Date

# 5386978_v1